BENJAMIN B. WAGNER
United States Attorney
DEBORAH L. STACHEL, CSBN 230138
Acting Regional Chief Counsel
Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER LEE TARN, CSBN 240609
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8825
    Facsimile: (415) 744-0134
    E-Mail: Jennifer.Tarn@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| MICHELLE LYNN CAMPBELL,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:15-cv-00168-BAM<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S OPENING BRIEF** |

    IT IS HEREBY STIPULATED, by and between Michelle Campbell (Plaintiff) and Carolyn W. Colvin, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of time of thirty (30) days to file her response to Plaintiff's opening brief. The current due date is October 19, 2015. The new due date will be November 18, 2015.

    This is the first extension of time requested by Defendant in the above-captioned matter. Defense counsel requests this extension due to an extremely heavy caseload from late September through late October, which includes eight briefs before the District Courts in California and Nevada, as

well as three substantive, time-sensitive non-litigation matters.  As a result, counsel for Defendant requires additional time to adequately consider and respond to the arguments Plaintiff raises in her opening brief.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Date:                              LAW OFFICE OF LAWRENCE D. ROHLFING

By:  /s/
MONICA PERALES
Attorneys for Plaintiff
(*As authorized by e-mail)

Respectfully submitted,

Date: October 15, 2015            BENJAMIN B. WAGNER
United States Attorney

By:  /s/ *Jennifer Lee Tarn*
JENNIFER LEE TARN
Special Assistant United States Attorney
Attorney for Defendant

## ORDER

Pursuant to the stipulation, and for good cause appearing, IT IS HEREBY ORDERED that Defendant shall have until NOVEMBER 18, 2015 to file her response to Plaintiff's Opening Brief.  Any reply thereto shall be filed on or before December 3, 2015.

IT IS SO ORDERED.

Dated:   **October 19, 2015**              /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE